# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### CLERKS MINUTES - CIVIL

**CASE NO.**   2:13-cv-113                                **DATE:**   12-06-2017

**TITLE:**   A&J Manufacturing, LLC, et al v. Academy, Ltd., et al

**HONORABLE R. STAN BAKER**        **COURTROOM DEPUTY CLERK: PAM HAMMOCK**

**COURT REPORTER**:

**TAPE NO.**   FTR-CR1   **TIME**:   9:30 – 4:30   **TOTAL:**   07:00

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR | DEFENDANTS |
|---|---|---|
| Lance Reich | Darin Klemchuk | Academy, Ltd. |
| Mark Johnson | | |

**SETTLEMENT CONFERENCE**

- SETTLEMENT CONFERENCE HELD.