

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| A&J MANUFACTURING, LLC, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 2:13-cv-113 |
| v. | |
| ACADEMY, LTD., et al., | |
| Defendants. | |

**O R D E R**

The Court previously directed the parties to notify the Court within 90 days of its Order or within 30 days of the final resolution of the United States Patent and Trademark Office's ("USPTO") reexamination proceedings of U.S. Patent Number 8,381,712 ("'712 Patent").  Doc. 61.  The parties recently filed their required Joint Status Report in this action, informing the Court the USPTO completed the reexamination proceedings and affirmed the rejection of all claims of the '712 Patent.  Doc. 62.  Furthermore, A&J Manufacturing, LLC, intends to file an appeal of that decision to the United States Court of Appeals for the Federal Circuit.  Id.

Thus, the Court **ORDERS** that the stay imposed in its February 7, 2018 Order remain in place until August 3, 2020.  The parties shall file a joint report on or before August 7, 2020 describing the status of any appeal of the '712 Patent reexamination proceedings.

**SO ORDERED**, this 13th day of July, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA