FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 2:25 pm, Oct 05, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| A&J MANUFACTURING, LLC, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 2:13-cv-113 |
| v. | |
| ACADEMY, LTD., et al., | |
| Defendants. | |

**O R D E R**

The Court previously directed the parties to notify the Court within 90 days of its Order or within 30 days of the final resolution of the United States Patent and Trademark Office's ("USPTO") reexamination proceedings of U.S. Patent Number 8,381,712 ("'712 Patent"). Docs. 61, 63. The parties filed their required Joint Status Report in this action, informing the Court A&J Manufacturing has requested a rehearing by the Patent Trial and Appeal Board ("PTAB") of the decision on appeal in the reexamination proceeding, and the Court continued the stay in this case and directed the parties to submit another joint status report on or before October 5, 2020. Docs. 64, 65.

The parties have filed their report. Doc. 66. The parties state the PTAB has not determined whether to grant A&J Manufacturing's request. In addition, the parties state the notice of appeal to the United States Court of Appeals for the Federal Circuit or for commencing a civil action will "expire 63 days after a decision on the request for rehearing." Id. at 1. Thus, the Court **ORDERS** that the stay imposed in its February 7, 2018 Order remain in place until

February 1, 2021.  The parties shall file a joint report on or before February 1, 2021 describing the status of the rehearing request or any appeal of the '712 Patent reexamination proceedings.

**SO ORDERED**, this 5th day of October, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA