# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| A&J MANUFACTURING, LLC, a Georgia corporation, and A&J MANUFACTURING, INC., a Florida corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>ACADEMY, LTD., a Texas corporation, and NINGBO HUIGE OUTDOOR PRODUCTS CO., LTD., a corporation of the People's Republic of China,<br><br>  Defendants. | CV 2:13-113<br>CV 2:14-172 |
| ACADEMY, LTD.,<br><br>  Plaintiff,<br><br>  v.<br><br>A&J MANUFACTURING, LLC, and A&J MANUFACTURING, INC.,<br><br>  Defendants. | |

## ORDER

Before the Court in this consolidated action is Plaintiff A&J Manufacturing, Inc. and A&J Manufacturing, LLC's Notice of Dismissal, dkt. no. 86, wherein they notify the Court that they wish to dismiss all claims asserted in this action with prejudice. No answer or summary judgment motion having been filed, the

2

dismissal complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are dismissed with prejudice. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 17 day of July, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA